UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17-CR-00070-LRH-WGC |
| Plaintiff, | ORDER |
| v. | |
| ISRAEL ALVAREZ-SUAREZ, | |
| Defendant. | |

The Defendant, ISRAEL ALVAREZ-SUAREZ, was charged by indictment in violation of 8 U.S.C. § 1326(a), Deported Alien Found Unlawfully in the United States (Count 1). ECF No. 1. On September 19, 2017, the Court scheduled and conducted a hearing for status conference regarding Defendant's competency. ECF No. 17.

**IT IS HEREBY ORDERED** that in accordance with 18 U.S.C. § 4241 and § 4247, and under the inherent powers of the Court to order such examination, the United States Marshal Service shall transport ISRAEL ALVAREZ-SUAREZ, Defendant herein, to a suitable U.S. Bureau of Prisons (BOP) Federal Medical Facility in order to determine if Defendant currently suffers from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings filed against him or assist an attorney in his own defense. **The Court recommends that the BOP designate**

**Metropolitan Correctional Center (MCC) in San Diego, California, for Defendant's competency evaluation.** Court records show that as recently as September 27, 2016, Defendant was at MCC San Diego for a competency evaluation. *See* Minute Order, *United States v. Alvarez-Suarez*, Case No. 3:16-mj-2115-KSC-BEN (S.D.C.A. Sep. 27, 2016), ECF No. 12.

This Court has authority to order a psychiatric or psychological examination of Defendant to determine whether Defendant currently suffers from a mental disease or defect rendering him mentally incompetent to stand trial at this time. *See* 18 U.S.C. § 4241(b).

**IT IS FURTHER ORDERED** that Defendant shall be held in said facility for a reasonable period of time, not to exceed thirty (30) days from the date of his placement in the facility, unless extended by further order of the Court upon application of the Director of the said facility, or pursuant to other appropriate motion, or upon order entered by the court, *sua sponte*, for a period of up to fifteen (15) additional days pursuant to 18 U.S.C. § 4247(b).

**IT IS FURTHER ORDERED** that, when Defendant has completed the examination, and his presence is no longer required at the medical facility, he shall be transported forthwith back to the District of Nevada, Reno.

**IT IS FURTHER ORDERED** that the examination conducted pursuant to this Order be by one or more licensed or certified psychiatrists or psychologists pursuant to 18 U.S.C. § 4247(b).

**IT IS FURTHER ORDERED** that within twenty-five (25) days from the date of his placement in the facility, or such additional period as may be ordered by the Court, the Director of the said facility at which the examination has been conducted shall prepare, or cause to be prepared, a psychiatric or psychological report of Defendant and that he shall send copies of such psychiatric or psychological report to the Clerk of the United States District Court for the

District of Nevada, to Brian Sullivan, Assistant United States Attorney, and to Sylvia Irvin, Assistant Federal Public Defender, counsel for Defendant ALVAREZ-SUAREZ, pursuant to 18 U.S.C. § 4241(b) and § 4247(b) and (c).

**IT IS FURTHER ORDERED** that the said report prepared pursuant to 18 U.S.C. § 4241(b), and § 4247(b) and (c) as per this Order shall include:

(1) Defendant's history and present symptoms;

(2) A description of the psychiatric, psychological or medical tests that were employed and their results;

(3) The examiner's findings;

(4) The examiner's opinions as to diagnosis, prognosis; and

(5) The examiner's opinions as to whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings filed against him or assist his attorney in his own defense. Thus, rendering him incompetent to stand trial at this time.

The Court finds that the period of time required by the above-described psychiatric or psychological examination of Defendant, and the Court's determination of Defendant's competency to go forward with trial, is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A). Therefore, the current Calendar Call and Trial date shall be vacated. Once the Court and parties are in receipt of the psychiatric or psychological report of Defendant, the Court will set a status conference.

IT IS SO ORDERED.

Dated this 20th day of September, 2017.

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE